# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SIMON AMUNGA NASIO** | **CIVIL ACTION** |
| v. | **NO: 25-1936** |
| **FBS MARKETS INC.** | **SECTION: C (1)** |

## ORDER

Considering the Report and Recommendation filed on January 28, 2026 (Rec. Doc. 56) and the Objection to the Report and Recommendation filed on February 2, 2026 (Rec. Doc. 58):

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge is adopted in this matter.

IT IS FURTHER ORDERED that the captioned lawsuit filed by plaintiff, Simon Amunga Nasio, is DISMISSED, without prejudice, for improper venue and lack of personal jurisdiction.

New Orleans, Louisiana this __9th__ day of March 2026

_____
WILLIAM J. CRAIN
UNITED STATES DISTRICT JUDGE